UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| DANNA WILBERG, | ) | NO. 2:07-CV-591 DAD |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); ORDER |
| Defendant. | ) ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) motion, and motion under 42 U.S.C 406(b) are hereby withdrawn. Jurisdiction is reserved to consider a 406(b) fee motion filed within 30 days after attorney for plaintiff has been served with notice of calculation of the award.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of four-thousand, five-hundred dollars and zero cents

1  ($4500.00).  This amount represents compensation for all legal
2  services rendered on behalf of Plaintiff by counsel in connection
3  with this civil action, in accordance with 28 U.S.C. § 2412(d).
4       This stipulation constitutes a compromise settlement of
5  Plaintiff's request for EAJA attorney fees, and does not
6  constitute an admission of liability on the part of Defendant
7  under the EAJA.  Payment of four-thousand, five-hundred dollars
8  and zero cents ($4500.00) in EAJA attorney fees, shall constitute
9  a complete release from and bar to any and all claims Plaintiff
10 may have relating to EAJA fees in connection with this action.
11 Any payment shall be made payable to Plaintiff and delivered to
12 Plaintiff's counsel.
13      This award is without prejudice to the rights of Plaintiff's
14 counsel to seek Social Security Act attorney fees under 42 U.S.C.
15 § 406, subject to the provisions of the EAJA.

                                    Respectfully submitted,

Dated: July 9th, 2009               /s/Paul Saltzen
                                    PAUL SALTZEN
                                    Attorney for Plaintiff
                                    *as authorized via fax


Dated: July 9th, 2009               LAWRENCE G. BROWN
                                    Acting United States Attorney


                                    /s/ Jaime L. Preciado
                                    JAIME L. PRECIADO
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

26 /////
27 /////
28 /////

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that:

     1.  The withdrawal of Plaintiff's May 20, 2009 Motion for Attorney's Fees (Doc. No. 17) is approved;

     2.  Plaintiff shall be awarded attorney fees under the EAJA in the amount of four-thousand, five-hundred dollars and zero cents ($4500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation; and

     3.  Jurisdiction is reserved to consider a 42 U.S.C. § 406(b) Motion for Attorney's Fees filed within 30 days after Plaintiff's attorney has been served with notice of the calculation of the award.

DATED: July 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\wilberg0591.stipord.attyfee.eaja